IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 8:17CR223 |
| ) | 21 U.S.C. § 846 |
| v. ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(A) |
| **DEMETRIS ANTWON GOODE,** ) | 21 U.S.C. § 841(b)(1)(C) |
| a/k/a "Meat" ) | 18 U.S.C. § 2 |
| **MALISSA ANN GOODE** ) | |
| | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

1. That beginning in or about May 2015, and continuing thereafter, up to and including the date of this indictment, in the District of South Carolina, the Defendants, **DEMETRIS ANTWON GOODE, a/k/a "Meat", and MALISSA ANN GOODE,** knowingly and intentionally did combine, conspire, agree and have a tacit understanding with each other and others, both known and unknown to the grand jury, to knowingly, intentionally, and unlawfully possess with the intent to distribute and distribute cocaine, a Schedule II controlled substance;

2. The Defendant, **DEMETRIS ANTWON GOODE, a/k/a "Meat",** conspired to possess with the intent to distribute and to distribute 5 kilograms or

more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

3.     The Defendant, **MALISSA ANN GOODE,** conspired to possess with the intent to distribute and to distribute a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about December 17, 2015, in the District of South Carolina, the Defendant, **DEMETRIS ANTWON GOODE, a/k/a "Meat",** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about March 16, 2016, in the District of South Carolina, the Defendant, **DEMETRIS ANTWON GOODE, a/k/a "Meat"**, knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about May 26, 2016, in the District of South Carolina, the Defendants, **DEMETRIS ANTWON GOODE, a/k/a "Meat", and MALISSA ANN GOODE,** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance, and did aid and abet each other in the commission of the aforesaid offense;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A <u>TRUE</u> Bill

_[signature]_
Foreperson

_[signature]_
BETH DRAKE     (EJH/jw)
UNITED STATES ATTORNEY