IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

**UNITED STATES OF AMERICA**

      **VS**                                   **CR NO.  8:17-223-2**

Malissa Ann Goode


        The defendant, having withdrawn his or her plea of Not Guilty, pleads **GUILTY** to Count(s) _____4_____ of the Indictment/ Superseding Indictment/Information.


                                                                   *Malissa A. Goode*
                                                                    (Signed) Defendant

Anderson, South Carolina